IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ralph E. Pryor,

  Plaintiff(s),

vs.

Gary Mohr, et al.,

  Defendant(s).

Case Number: 1:15cv801

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 28, 2018 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 11, 2018, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation was sent by regular mail to the plaintiff on August 28, 2018 and returned as undeliverable on September 14, 2018.

Accordingly, it is ORDERED that this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court